UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LAPPIN, PETER J.         §          Case No. 10-56812
§
Debtor(s)           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/21/2014 in Courtroom 240,
          United States Courthouse
          c/o Kane County Courthouse
          100 S. 3rd St., geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/15/2014          By: Kenneth S. Gardner
                                  Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
LAPPIN, PETER J.  §   Case No. 10-56812
  §
  Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 16,529.50 |
| and approved disbursements of | $ | 170.76 |
| leaving a balance on hand of[1] | $ | 16,358.74 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | American Midwest Bank | $ 742,680.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | American Midwest Bank | $ 280,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 16,358.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,402.95 | $ 0.00 | $ 2,402.95 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,402.50 | $ 0.00 | $ 1,402.50 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 56.72 | $ 0.00 | $ 56.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk of the U.S. Bankruptcy Court | $ 543.00 | $ 0.00 | $ 543.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,405.17 |
| Remaining Balance | $ 11,953.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,973,904.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | UBS Financial Services Inc. | $ 675,521.50 | $ 0.00 | $ 1,157.87 |
| 000002 | Bridgeview Bank Group | $ 1,334,247.60 | $ 0.00 | $ 2,286.96 |
| 000003 | Algonquin State Bank, NA | $ 3,734,487.10 | $ 0.00 | $ 6,401.07 |
| 000004 | Inland Bank and Trust,successor interest | $ 85,499.14 | $ 0.00 | $ 146.55 |
| 000005 | Old Second National Bank | $ 305,426.57 | $ 0.00 | $ 523.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Apex CPA's and Consultants, Inc | $ 12,597.76 | $ 0.00 | $ 21.59 |
| 000009 | The Private Bank and Trust Company | $ 454,204.64 | $ 0.00 | $ 778.53 |
| 000010 | Estate of Thomas & Catherine Lappin, Debtors | $ 125,000.00 | $ 0.00 | $ 214.26 |
| 000011 | The Private Bank and Trust Company | $ 246,920.49 | $ 0.00 | $ 423.23 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 11,953.57 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                   Case No. 10-56812-DRC
Peter J. Lappin                                                          Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams               Page 1 of 3        Date Rcvd: Feb 18, 2014
                              Form ID: pdf006               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2014.
db             Peter J. Lappin,    1258 Meadows Road,    Geneva, IL 60134-3214
16592495      +AM Bank & Trust,    1542 S. Randall Road,    Geneva, IL 60134-4662
16592497      +ANB of DeKalb Co.,    124 South Main Street,    Sycamore, IL 60178-1896
16592493      +Algonquin State Bank, NA,    c/o John Zummo, Esq,    Vedder Price PC,
                222 North LaSalle Street Suite 2600,    Chicago,IL 60601-1104
16592494      +Allied First,   3201 Orchard Road,    Oswego, IL 60543-5011
16592496      +American Natl Bank Dek.,    1985 DeKalb Ave.,    Sycamore, IL 60178-3107
16592498      #Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16642126      +Bell Land Improvement LLC,    c/o Jonathan P Mincieli,    2056 Westings Ave 250,
                Naperville, IL 60563-2694
16642127      +Butler Rubin Saltarelll & Bard LLP,    70 W Madison St 1800,    Chicago, IL 60602-4257
16592500      +Castle Bank,    Attn: Tom Burke,    PO Box 867,    DeKalb, IL 60115-0867
16592502      +Christopher H. Lappin,    608 Willow,    Geneva, IL 60134-1053
16592501      +Christopher H. Lappin,    608 Willow Road,    Geneva, IL 60134-1053
16592504      +David Sacco,    3 Bishop Lane,    Middleton, MA 01949-1697
16592503      +David and Elizabeth Sacco,    3 Bishop Lane,    Middleton, MA 01949-1697
16592505      +Dennis C. Vacco,    6420 Hilleroft Drive,    Boston, NY 14025-9709
18091818      +Estate of Thomas & Catherine Lappin, Debtors,    C/O Elizabeth C. Berg, Trustee,
                19 S. LaSalle Street, Suite 1500,    Chicago, IL 60603-1413
16592507       First Choice Bank,    1400 West Main St.,    Geneva, IL 60134
16592508      +Fortis Enterprises LLC,    4 N 220 Fox Mill Blvd.,    Saint Charles, IL 60175-7768
19882605      +Inland Bank and Trust,successor interest,     FDIC,as receiver of First Choice Bank,
                William S. Hackney,SmithAmundsen LLC,    150 North Michigan Avenue; Suite 3300,
                Chicago, Illinois 60601-7621
16592510      +James R. Kolka,    3406 Greenwood Lane,    Saint Charles, IL 60175-5626
16592511     #+Joe Pierro,    926 Willow St.,    Itasca, IL 60143-2853
16592512      +Litton Loan Services,    4828 Loop Central Drive,    Houston, TX 77081-2166
16630257      +Litton Loan Servicing, LP,    P .O .Box 829009,    Dallas, TX 75382-9009
16592515      +MB Financial Bank,    One N. Constitution Ave.,    Aurora, IL 60506-3497
16592514      +Malcolm S. Kanute,    1005 Fox Chase,    Saint Charles, IL 60174-8101
16592516      +Michael Kanute,    924 Harbor Town Court,    Geneva, IL 60134-7513
16592517      +Mogan Stanley,    PO Box 163405,    Fort Worth, TX 76161-3405
16592518      +Neiman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
19912971      +Old Second National Bank,    Attn Lawrence W Lobb,    Drendel & Jansons Law Group,    111 Flinn St,
                Batavia, IL 60510-2471
16592519      +Old Second Natl. Bank,    37 S. River St.,    Aurora, IL 60506-4172
16592520      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
16592522      +Private Bank,    70 W. Madison,    Chicago, IL 60602-4282
16642128      +Riggsby Companies LLC,    c/o Dennis B Porick,    63 W Jafferon Suite 100,    Joliet, IL 60432-4337
16592524      +Saks,    PO Box 10327,    Jackson, MS 39289-0327
16592525      +St. Charles Bank,    311 North Second Street,    Saint Charles, IL 60174-1850
16592526      +Terry E. Lappin,    1258 Meadows Road,    Geneva, IL 60134-3214
16592521      +The Private Bank and Trust Company,    Martin Tasch,    903 Commerce Drive Ste 160,
                Oak Brook, IL 60523-8830
16642129      +Thompson Coburn LLP,    55 E Monroe 37th Floor,    Chicago, IL 60603-6029
16592528      +Timothy J. Rooney,    5013 Carolilne,    Western Springs, IL 60558-1933
16592529      +Timothy Rooney,    5013 Caroline Ave.,    Western Springs, IL 60558-1933
16592530      +UBS Financial Services,    c/o Jeff Herr,    47 E. Chicago Ave.,    Naperville, IL 60540-5360
16981866      +UBS Financial Services Inc.,    c/o Michael D. Lee,    One Prudential Plaza, Suite 3800,
                130 East Randolph Street,    Chicago, IL 60601-6207
16592506     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    Elan Financial Services,    PO Box 6353,    Fargo, ND 58125)
16592531      +United Mileage Plus Visa,    Chase),    PO Box 15298,    Wilmington, DE 19886-5298
16592532       Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
16592533      +Wolin, Kelter & Rosin, Ltd.,    55 W. Monroe, #3600,    Chicago, IL 60603-5026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20234709      +E-mail/Text: litigationgroup@americanmidwestbank.com Feb 19 2014 02:45:40
                American Midwest Bank,    fka The American Natl Bank Dekalb Cnty,    Attn Katharine Peterson,
                1985 Dekalb Ave,    Sycamore, IL 60178-3107
16642125      +E-mail/Text: mtasch@maleckitasch.com Feb 19 2014 02:45:38        Apex CPA's and Consultants, Inc,
                c/o Martin Tasch,    903 Commerce Drive Ste 160,    Oak Brook, IL 60523-8830
16592499      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Feb 19 2014 02:44:18        Bridgeview Bank Group,
                4753 N Broadway,    Chicago, IL 60640-4986
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16592509       Illinois State Bank,    Div of North Shore Bank FSB,    15700 Bluemound Road,    Geneva, WI 53305
16592513       Malcolm Kanute
20036915       The PrivateBank And Trust Company
```

```
District/off: 0752-1          User: dwilliams            Page 2 of 3             Date Rcvd: Feb 18, 2014
                              Form ID: pdf006            Total Noticed: 49

16592523     ##+RPI Plumbing,    615 Whirlaway Dr.,   Genoa, IL 60135-8037
16592527     ##+Thomas F. Lappin Jr.,    3 N. 775 Thornly Drive,   Saint Charles, IL 60174-1137
                                                                              TOTALS: 3, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2014 at the address(es) listed below:
              Carl F Safanda    on behalf of Creditor    Algonquin State Bank, N.A. csafanda@xnet.com
              Elizabeth C Berg    on behalf of Creditor Elizabeth C. Berg, Trustee ecberg@ameritech.net
              Eugene  Crane    on behalf of Debtor Peter J. Lappin ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    on behalf of Defendant Peter J. Lappin ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Harold  Rosen    on behalf of Defendant Peter J. Lappin hrosen@wolinlaw.com,
               lmategrano@wolinlaw.com
              John H Redfield    on behalf of Debtor Peter J. Lappin jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Joshua M Grossman    on behalf of Plaintiff    Bridgeview Bank Group
               joshua.grossman@bridgeviewbank.com
              Joshua M Grossman    on behalf of Creditor    Bridgeview Bank Group
               joshua.grossman@bridgeviewbank.com
              Kevin A Ameriks    on behalf of Plaintiff    Bridgeview Bank Group kevin.ameriks@bridgeviewbank.com
              Mark I Fishbein    on behalf of Defendant Peter J. Lappin mfishbein@wolinlaw.com
              Martin D. Tasch    on behalf of Creditor c/o Martin D. Tasch  Apex CPAs & Consultants, Inc.
               mtasch@lawmtb.com
              Martin D. Tasch    on behalf of Creditor    The PrivateBank And Trust Company mtasch@lawmtb.com
              Michael D. Lee    on behalf of Creditor    UBS Financial Services Inc. mlee@srcattorneys.com
              Olivia P Dirig    on behalf of Creditor    First National Bank of Omaha f/k/a Castle Bank
               odirig@fgmlaw.com
              Patrick M Kinnally    on behalf of Creditor    St. Charles Bank & Trust Co. pkinnally@kfkllaw.com,
               mlenert@kfkllaw.com;tdegrado@kfkllaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rebecca A Lamm    on behalf of Creditor    First National Bank of Omaha f/k/a Castle Bank
               rlamm@fgmlaw.com
              Richard B Aronow    on behalf of Creditor    HSBC Bank USA, National Association
               raronow@fisherandshapirolaw.com,  bk_il_notice@fisherandshapirolaw.com
              Richard G Larsen    on behalf of Defendant    TerryLappin, Trustee of the Terry Lappin Trust
               rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Richard G Larsen    on behalf of Defendant Terry  Lappin rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Scott E Jensen    on behalf of Creditor    The PrivateBank and Trust Company sjensen@mjwchicago.com
              Stephanie K. Hor-Chen    on behalf of Creditor    Algonquin State Bank, N.A. schen@vedderprice.com,
               ecfdocket@vedderprice.com
              Stephanie K. Hor-Chen    on behalf of Plaintiff    Algonquin State Bank, N.A. schen@vedderprice.com,
               ecfdocket@vedderprice.com
              Steven R Radtke    on behalf of Creditor    Bridgeview Bank Group sradtke@chillchillradtke.com
              Terri M Long    on behalf of Creditor    Litton Loan Servicing, LP Courts@tmlong.com
```

```
District/off: 0752-1          User: dwilliams           Page 3 of 3           Date Rcvd: Feb 18, 2014
                              Form ID: pdf006           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 28