UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                 §
                                       §
LAPPIN, PETER J.                       §        Case No. 10-56812
                                       §
            Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN MIDWEST BANK | | | | | |
| 000007 | AMERICAN MIDWEST BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| BNK, CONG | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ALGONQUIN STATE BANK, NA | | | | | |
| 000008 | APEX CPA'S AND CONSULTANTS, INC | | | | | |
| 000002 | BRIDGEVIEW BANK GROUP | | | | | |
| | CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| 000010 | ESTATE OF THOMAS & CATHERINE LAPPIN | | | | | |
| 000004 | INLAND BANK AND TRUST,SUCCESSOR INT | | | | | |
| 000005 | OLD SECOND NATIONAL BANK | | | | | |
| 000009 | THE PRIVATE BANK AND TRUST COMPANY | | | | | |
| 000011 | THE PRIVATE BANK AND TRUST COMPANY | | | | | |
| 000001 | UBS FINANCIAL SERVICES INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No.: 10-56812   RG   Judge: MANUEL BARBOSA  
Case Name: LAPPIN, PETER J.  
For Period Ending: 01/25/14

Trustee Name: JOSEPH R. VOILAND  
Date Filed (f) or Converted (c): 12/27/10 (f)  
341(a) Meeting Date: 02/07/11  
Claims Bar Date: 03/29/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4901 Gulf Shore Blvd. Naples, Florida | Unknown | 0.00 | DA | 0.00 | FA |
| 2. 2875 Gulf Shore Blvd. 507D Naples, Florida | 375,000.00 | 375,000.00 | DA | 0.00 | FA |
| 3. 450 E. Waterside, #3706, Chicago, IL | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Money Market Account USB Financial Serv. | 10.00 | 0.00 | DA | 0.00 | FA |
| 5. checking account - Chase Bank | 90.00 | 0.00 | DA | 0.00 | FA |
| 6. household goods | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Inherited 2 miniatures and 2 oils from parents | Unknown | 0.00 | | 0.00 | FA |
| 8. Miscellaneous decorator prints | 500.00 | 500.00 | | 166.00 | FA |
| 9. watches including one Rolex Watch | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2 shot guns and golf clubs | 300.00 | 300.00 | | 100.00 | FA |
| 11. Term life insurance - $3 million and $1 million | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Automobile insurance/ household goods insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Peter J. Lappin FB0 Jillian P. Lappin UBS Finan. | 1,065.00 | 0.00 | DA | 0.00 | FA |
| 14. 401K UBS Financial Services | 10,076.00 | 0.00 | DA | 0.00 | FA |
| 15. Peter J. Lappin IRA Rollover UBS Financial Serv. | 146,524.00 | 0.00 | DA | 0.00 | FA |
| 16. Peter J. Lappin IRA Rollover UBS Financial | 112,828.00 | 0.00 | DA | 0.00 | FA |
| 17. Peter J. Lappin Rollover UBS Financial Services | 20,531.00 | 0.00 | DA | 0.00 | FA |
| 18. 1400 West Main Street LLC (owns 1/3 interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 19. Arvus Development Corp. (owns 1/2% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 20. Boulder Junction Property LLC owns 20% interest | Unknown | 0.00 | DA | 0.00 | FA |
| 21. Foxfield Commercen Center ILC (32.5% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 22. James Street LLC (owns 5% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 23. LK LLC (owns 50% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 24. Rt. 31 Land Acq. LLC (owns 33.33% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 25. State & Main St. LLC (owns 40% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 26. Swenson Avenue LLC (owns 50% interest) | Unknown | 0.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-56812 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | LAPPIN, PETER J. | | | Date Filed (f) or Converted (c): | 12/27/10 (f) |
| | | | | 341(a) Meeting Date: | 02/07/11 |
| | | | | Claims Bar Date: | 03/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Tyler Glen LLC (owns 20% interest) | Unknown | 0.00 | DA | 0.00 | FA |
| 28. Sotbranch LLC (19% interest) | 0.00 | 0.00 | DA | 0.00 | FA |
| 29. Money loaned or paid to various companies | 1,138,795.87 | 0.00 | DA | 0.00 | FA |
| 30. Agreement dated 5/4/09/Malcolm Kanute | 493,018.00 | 0.00 | DA | 0.00 | FA |
| 31. misc account recievables | 0.00 | 0.00 | DA | 0.00 | FA |
| 32. 1/6 interest in Thomas F. Lappin Trust | 0.00 | 0.00 | DA | 0.00 | FA |
| 33. interest in father's trust | 0.00 | 0.00 | DA | 0.00 | FA |
| 34. Claim vs. Steffens and Kline (Appraiser) | Unknown | 0.00 | DA | 0.00 | FA |
| 35. Series 7 license - to sell stocks and bonds | 0.00 | 0.00 | DA | 0.00 | FA |
| 36. 2004 Mercedes Benz S500 | 7,640.00 | 7,640.00 | | 2,000.00 | FA |
| 37. 2005 Jeep Grand Cherokee | 6,940.00 | 6,940.00 | | 2,040.00 | FA |
| 38. 2006 Range Rover Sport | 7,980.00 | 7,980.00 | | 1,000.00 | FA |
| 39. prerferential transfer - Terry Lappin (house) (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. fraudulent transfer- Terry Lappin (UBS acct.) (u) | Unknown | 0.00 | | 11,223.50 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $2,625,297.87    $398,360.00    $16,529.50    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/13    Current Projected Date of Final Report (TFR): 03/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-56812 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | LAPPIN, PETER J. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1883 Checking Account |
| Taxpayer ID No: | *******0367 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 16,358.74 | | 16,358.74 |
| 03/21/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 2,402.95 | 13,955.79 |
| 03/21/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3110-000 | | 1,402.50 | 12,553.29 |
| 03/21/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3120-000 | | 56.72 | 12,496.57 |
| 03/21/14 | 003004 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 543.00 | 11,953.57 |
| * 03/21/14 | 003005 | UBS Financial Services Inc.<br>c/o Michael D. Lee<br>One Prudential Plaza, Suite 3800<br>130 East Randolph Street<br>Chicago, IL 60601 | | 7100-004 | | 1,157.87 | 10,795.70 |
| 03/21/14 | 003006 | Bridgeview Bank Group<br>4753 N Broadway<br>Chicago, IL 60640 | | 7100-000 | | 2,286.96 | 8,508.74 |
| 03/21/14 | 003007 | Algonquin State Bank, NA<br>c/o John Zummo, Esq<br>Vedder Price PC<br>222 North LaSalle Street Suite 2600<br>Chicago,IL 60601 | | 7100-000 | | 6,401.07 | 2,107.67 |
| * 03/21/14 | 003008 | Inland Bank and Trust,successor interest<br>FDIC,as receiver of First Choice Bank<br>William S. Hackney,SmithAmundsen LLC | | 7100-004 | | 146.55 | 1,961.12 |
| | | | Page Subtotals | | 16,358.74 | 14,397.62 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-56812 -RG | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | LAPPIN, PETER J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1883 Checking Account |
| Taxpayer ID No: | *******0367 | | |
| For Period Ending: | 08/30/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 150 North Michigan Avenue | | | | | |
| | | Suite 3300 | | | | | |
| | | Chicago, Illinois 60601 | | | | | |
| 03/21/14 | 003009 | Old Second National Bank | | 7100-000 | | 523.51 | 1,437.61 |
| | | Attn Lawrence W Lobb | | | | | |
| | | Drendel & Jansons Law Group | | | | | |
| | | 111 Flinn St | | | | | |
| | | Batavia, IL 60510 | | | | | |
| 03/21/14 | 003010 | Apex CPA's and Consultants, Inc | | 7100-000 | | 21.59 | 1,416.02 |
| | | c/o Martin Tasch | | | | | |
| | | 903 Commerce Drive Ste 160 | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 03/21/14 | 003011 | The Private Bank and Trust Company | | 7100-000 | | 778.53 | 637.49 |
| | | Martin Tasch | | | | | |
| | | 903 Commerce Drive Ste 160 | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 03/21/14 | 003012 | Estate of Thomas & Catherine Lappin, Debtors | | 7100-000 | | 214.26 | 423.23 |
| | | C/O Elizabeth C. Berg, Trustee | | | | | |
| | | 19 S. LaSalle Street, Suite 1500 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/21/14 | 003013 | The Private Bank and Trust Company | | 7100-000 | | 423.23 | 0.00 |
| | | Martin Tasch | | | | | |
| | | 903 Commerce Drive Ste 160 | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| * 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-003 | | 14.23 | -14.23 |
| * 05/15/14 | | Reverses Adjustment OUT on 04/07/14 | BANK SERVICE FEE | 2600-003 | | -14.23 | 0.00 |
| * 07/03/14 | 003005 | UBS Financial Services Inc. | STOP PAYMENT REVERSAL | 7100-004 | | -1,157.87 | 1,157.87 |
| | | c/o Michael D. Lee | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | One Prudential Plaza, Suite 3800 | | | | | |
| | | 130 East Randolph Street | | | | | |

Page Subtotals      0.00      803.25

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-56812 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | LAPPIN, PETER J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1883  Checking Account |
| Taxpayer ID No: | *******0367 | | |
| For Period Ending: | 08/30/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/03/14 | 003008 | Chicago, IL 60601<br>Inland Bank and Trust, successor interest<br>FDIC, as receiver of First Choice Bank | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 7100-004 | | -146.55 | 1,304.42 |
| 07/03/14 | 003014 | William S. Hackney, SmithAmundsen LLC<br>150 North Michigan Avenue<br>Suite 3300<br>Chicago, Illinois 60601<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | unclaimed funds - claims 1&4 | 7100-000 | | 1,304.42 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 16,358.74 | 16,358.74 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 16,358.74 | 0.00 | |
| | | Subtotal | | | 0.00 | 16,358.74 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 0.00 | 16,358.74 | |

Page Subtotals    0.00    1,157.87

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-56812 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | LAPPIN, PETER J. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9298 Checking Account |
| Taxpayer ID No: | *******0367 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/12 | * NOTE * | USBank | * NOTE * Properties 8, 10, 36, 37, 38, 40 | 1241-000 | 16,529.50 | | 16,529.50 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 15.85 | 16,513.65 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 16.96 | 16,496.69 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 17.54 | 16,479.15 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 17.50 | 16,461.65 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 16.91 | 16,444.74 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 17.46 | 16,427.28 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 17.44 | 16,409.84 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 16.87 | 16,392.97 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 17.40 | 16,375.57 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 16.83 | 16,358.74 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 16,358.74 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 16,529.50 | 16,529.50 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 16,358.74 | |
| Subtotal | 16,529.50 | 170.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,529.50 | 170.76 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1883 | 0.00 | 16,358.74 | 0.00 |
| Checking Account - ********9298 | 16,529.50 | 170.76 | 0.00 |
| | 16,529.50 | 16,529.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   16,529.50   16,529.50

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-56812 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | LAPPIN, PETER J. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9298 Checking Account |
| Taxpayer ID No: | *******0367 | | | |
| For Period Ending: | 08/30/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*